

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-16-00376-CV

Amanda Brooke **PLESS**,
Appellant

v.

Wayne J. **RANSBERGER**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 09-1332-CV
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

Appellant filed a Motion for Temporary Orders Pending Appeal in which Appellant moved this court to suspend enforceability of a Final Decree during the pendency of this appeal in accordance with Texas Rule of Appellate Procedure 24 and section 109.002(c) of the Texas Family Code. *See* TEX. R. APP. P. 24; TEX. FAM. CODE ANN. § 109.002(c) (West 2014).

Appellant's motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court